IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


UNITED STATES OF AMERICA                                        PLAINTIFF


VS.                              Criminal No. 4:03-CR-40008
                                 Civil No. 08-CV-04087


LAIF DOUGLAS POULTON                                            MOVANT


**<u>ORDER</u>**

Before the Court is the Report and Recommendation filed on February 6, 2009, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. No. 51).  On February 13, 2009, the Movant filed objections to the Magistrate Judge's

Report.  (Doc. No. 52).

On March 12, 2003, the Movant Laif Poulton was indicted for wire fraud.  He entered a

plea of guilty to the charges on June 27, 2003.  The Court sentenced Poulton to a term of twenty-

four (24) months imprisonment to be followed by three (3) years supervised release.  One of the

conditions of Poulton's supervised release was that he not commit any federal, state or local

crime.  On September 8, 2005, Poulton was released from federal custody and began serving his

supervised release.

On April 1, 2008, Poulton was convicted of Theft of Property and two counts of Forgery

in the Circuit Court of Washington County, Arkansas.  On April 4, 2008, as a result of his

criminal conviction, the Court issued a warrant for Poulton's arrest for violation of his supervised

release.  A Revocation Hearing was set for April 10, 2008.  Counsel was appointed to represent

Poulton at this hearing.  At the hearing, Poulton did not object to the proceeding or its timing.  He

admitted that he had been convicted of a felony offense in state court.  As a result of this

conviction, the Court revoked Poulton's supervised release and sentenced him to a term of

imprisonment of twenty-one (21) months to be served consecutively to the sentence imposed in

state court.  Poulton did not object to the sentence imposed by the Court.

On September 19, 2008, Poulton filed this Motion to Vacate or Correct Sentence pursuant

to 28 U.S.C. section 2255.  (Doc. No. 31).  In his motion, Poulton alleges that 1) the revocation

hearing  was done in an unreasonable manner, 2) he did not have timely notice of the hearing, 3)

he has been subjected to double jeopardy, and 4) his federal sentence did not have to run

consecutive to his state sentence.  The matter was referred to Magistrate Judge Barry A. Bryant

for a report and recommendations.

In his report, Judge Bryant found that 1) there was no unreasonable delay in holding

Poulton's revocation hearing, 2) he had timely notice of the hearing and did not object to its

timing when questioned by the Court, 3) his double jeopardy claim is without merit, and 4) the

Court determined that a 21 month consecutive sentence was appropriate in this case.  Judge

Bryant has  recommended that the instant motion be denied.  Poulton has filed a letter objecting

to the Magistrate's findings and recommendation.

After considering the Movant's objections and reviewing the record *de novo,* the Court

adopts the Magistate's Report and Recommendation (Doc. No. 51) as its own.  Accordingly,

Movant Laif Douglas Poulton's Motion to Vacate or Correct Sentence (Doc. No. 31) should be

and hereby is **denied**.

IT IS SO ORDERED, this 9th day of March, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge